**Order entered May 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00053-CR

**BEN HENLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F11-61328-L**

## ORDER

The Court **GRANTS** the State's May 13, 2013 motion for extension of time to file the State's brief.

We **ORDER** the State to file the brief **on or before May 17, 2013**. No further extensions will be granted. If the brief is not received by the specified date, the appeal will be submitted without the State's brief.

/s/    MARY MURPHY
PRESIDING JUSTICE